THE STATE, JULIA LOCHANOWSKI, PLAINTIFF IN ERROR
v. PATRICK S. McKEONE, DEFENDANT IN ERROR.

On error to the Supreme Court.  For opinion of the Supreme Court, see 31 *Vroom* 118.

For the plaintiff in error, *James C. Connolly*.

For the defendant in error, *Jeremiah A. Kiernan*.

PER CURIAM.

The judgment in this case is affirmed upon the opinion in the Supreme Court.

*For affirmance*—THE CHANCELLOR, COLLINS, DIXON, GARRISON, LIPPINCOTT, LUDLOW, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, KRUEGER, NIXON, VREDENBURGH.    13.

*For reversal*—None.